No. 991. KAY *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE CARDOZO took no part in the consideration or decision of this application. *Mr. Wm. S. Culbertson* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States. ■

No. 924. NATIONAL CITY BANK *v.* PHILIPPINE ISLANDS. June 1, 1937. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted. *Mr. Carl A. Mead* for petitioner. *Messrs. Harry B. Hawes, Raymond A. Walsh,* and *Bon Geaslin* for respondent.

No. 945. WOODRING, SECRETARY OF WAR, ET AL. *v.* CLARKSBURG-COLUMBUS SHORT ROUTE BRIDGE Co. June 1, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Reed* for petitioners. *Mr. George D. Horning, Jr.,* for respondent.

No. 946. AETNA INSURANCE Co. *v.* ILLINOIS CENTRAL R. Co. June 1, 1937. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Messrs. Melvin L. Griffith* and *George M. Stevens* for petitioner. *Messrs. John W. Freels, Edward C. Craig,* and *Charles A. Helsell* for respondent.

No. 960. SMYTH, EXECUTOR, *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Court